UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

    -v-

DOE,

        Defendant.

---

24-cv-640 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On April 12, 2024, the Court entered an order dismissing the above-captioned case without prejudice based upon plaintiff's failure to prosecute. *See* Dkt. 11. A telephonic conference was subsequently held on April 16, 2024, without transcription or recording during which counsel for all parties were present. During that conference, the parties indicated they have reached a settlement resolving this case and jointly requested that this case be reopened so that plaintiff can voluntarily dismiss the case with prejudice.

The Court grants the parties' request. This case is hereby reopened on the condition that plaintiff files a notice of voluntary dismissal with prejudice by no later than April 19, 2024.

    SO ORDERED.

New York, NY
April 16, 2024

                                      JED S. RAKOFF, U.S.D.J.